IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELANIE SARTOR | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-3268 |
| | : | |
| MONARCH RECOVERY MANAGEMENT, INC. | : | |

# ORDER

AND NOW, this 27th day of August 2024, it having been reported by Plaintiff's counsel the parties resolved their claims (ECF No. 6), it is **ORDERED**:

1. This action is **DISMISSED WITH PREJUDICE** under Local Rule of Civil Procedure 41.1(b);[1] and,

2. The Clerk of Court shall mark this matter **CLOSED.**

_____
KEARNEY, J.

---

[1] Local Rule 41.1(b) provides:

[a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).